UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. WESTBROOK MURPHY and HAROLD SCHULER, <br><br> Plaintiffs, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS, LLP, <br><br> Defendant. | Civil Case No. 02-0982 (RJL) <br> Civil Case No. 05-1054 (RJL) |

## ORDER

For the reasons set forth above, it is this 22nd day of September, 2011 hereby

ORDERED that plaintiffs' request to amend their initial Complaint is DENIED, and it is further

ORDERED that plaintiff Schuler's Motion for Partial Summary Judgment on Liability [Dkt. #235] is DENIED, and it is further

ORDERED that defendant PricewaterhouseCoopers, LLP's Motion for Summary Judgment on All Remaining Claims [Dkt. #236] is GRANTED, and it is further

1

ORDERED that the above-captioned cases be dismissed with prejudice.

SO ORDERED.

RICHARD J. LEON
United States District Judge